In the Matter of the Arbitration of and Concerning Certain Matters in Difference between the BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 5, TOWN OF ISLIP, SUFFOLK COUNTY, NEW YORK, Appellant, and NELSON & CAULKINS, INC., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situate on the Northerly Side of Hunton Avenue and Westerly 511.70 Feet, More or Less, from Merrick Road, in the Fourth Ward of the Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Transfer Tax upon the Estate of ADOLF HAEDRICH, Deceased. STATE TAX COMMISSION, Appellant; BROOKLYN TRUST COMPANY and ELLA E. HAEDRICH, as Executors, etc., of ADOLF HAEDRICH, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

In the Matter of the Petition of ANNA J. O'BRIEN to Render and Settle Her Account as Executrix of PATRICK F. HEANEY, Deceased, Respondent, against PETER J. HEANEY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Petition of TREMONT HOUSING CORPORATION, Respondent, to Register the Title to Certain Lands in Suffolk County. MARION DE VRIES and Others, Appellants.— Motion to dismiss appeal denied, without prejudice to renewal after decision by the Court of Appeals in the cases that are claimed to be determinative of this appeal. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HERMAN KLEIN, Respondent, v. AMERICAN VENICE CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent ten dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

EDITH LEWIS, Plaintiff, v. AMOS F. BINGHAM and Others, Defendants. WILLIAM E. SKILLMAN, Purchaser, Appellant; ELIZABETH BASS, Referee, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

FRANK M. MATHIEU, etc., Appellant, v. THE HOOVER COMPANY, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.